610 P.2d 560
STATE of Idaho, Plaintiff-Appellant,

v.

Patricia Rose BIGGS,
Defendant-Respondent.

No. 12786.

Supreme Court of Idaho.

May 6, 1980.

David H. Leroy, Atty. Gen., Lynn E. Thomas, Deputy Atty. Gen., Boise, for plaintiff-appellant.

Nick M. Lamanna of Cooke & Lamanna, Priest River, for defendant-respondent.

PER CURIAM.

The State's notice of appeal was not filed by the office of the attorney general, but by the prosecuting attorney. Heretofore we have on motion, or *sua sponte*, dismissed appeals so taken, most recently *State v. Ott*, 100 Idaho 795, 605 P.2d 973 (1980), with Bistline, J., dissenting.

Appeal dismissed.